UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN,<br><br>   Plaintiff,<br><br>   v.<br><br>NWI HEATING AND AIR SOLUTIONS LLC, NWI HEATING AND AIR LLC,<br><br>   Defendants. | Case No. 2:24-CV-421-GSL-AZ |

## **ORDER**

This matter is before the Court on Magistrate Judge Abizer Zanzi's Report and Recommendation entered on August 29, 2025. [DE 17]. For the reasons more fully explained in the report, Judge Zanzi recommends that the District Court grant Defendant's Request for Relief of Judgment, [DE 11], vacate the default judgment, and order Defendant to file their answer within 14 days of the District Court's Order. [*Id.*].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's Report and Recommendation in full, **GRANTS** Defendant's Request for Relief of Judgment, [DE 11], **VACATES** the default judgment, and **ORDERS** the defendant to file their answer within 14 days of this Order.

SO ORDERED.

ENTERED: September 12, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court