UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN<br>      Plaintiff, | )<br>)<br>)<br>) |
| v. | )  CASE NO: 2:24-cv-421-GSL-AZ |
| NWI HEATING AND AIR SOLUTIONS LLC<br>NWI HEATING AND AIR LLC<br>      Defendant(s). | )<br>)<br>)<br>) |

### ORDER AND NOTICE OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE

In accordance with Federal Rule of Civil Procedure 16, this case is now set for a Preliminary Pretrial Conference before Magistrate Judge Abizer Zanzi **on 3/5/2026, at 10:15 am Central Time**. This conference will be held telephonically unless the parties request to appear in person. **Parties are instructed to call 833-568-8864, enter Meeting ID 161 2255 6691, Push # to skip Participant ID; enter Passcode 252788# when prompted.** Parties are requested to dial in at least five minutes in advance of the conference start time.

Prior to the conference, the parties are expected to familiarize themselves with Magistrate Judge Zanzi's policies and procedures for civil cases as outlined under the "Civil" tab in on his website, www.innd.uscourts.gov/content/magistrate-judge-abizer-zanzi.

At the conference, counsel shall be prepared to address their proposed Discovery Plan under Federal Rule of Civil Procedure 26(f), which **must be filed no later than five (5) business days prior to the pretrial conference.** Counsel are

directed to "Civil" tab in Magistrate Judge Zanzi's website for a suitable and downloadable form of report and discovery plan ("Report of Parties' Planning Meeting"). Failure to timely file the report and proposed discovery plan may result in the imposition of sanctions in accordance with Rule 16(f). The Court will address those topics listed in Rule 16(b) and (c). At the conference, it is anticipated that the Court will approve or modify the Report of Parties' Planning Meeting and issue a scheduling order setting appropriate case management deadlines.

      ENTERED this 5th day of February, 2026.

                                       /s/ Abizer Zanzi
                                       MAGISTRATE JUDGE ABIZER ZANZI
                                       UNITED STATES DISTRICT COURT