UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL ) | |
| WORKERS LOCAL NO. 20 GARY AREA ) | |
| PENSION PLAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-421-GSL-AZ |
| ) | |
| NWI HEATING AND AIR SOLUTIONS ) | |
| LLC, and NWI HEATING AND AIR LLC,) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 5, 2026, the parties appeared before the Court for a hearing. Pursuant to Federal Rule of Civil Procedure 16(b), the Court **ORDERS** as follows:

(1) Rule 26(a)(1) initial disclosures to be exchanged, but not filed, by **March 12, 2026**;

(2) The plaintiffs' deadline to seek permission to join additional parties or amend the pleadings is **March 27, 2026**;

(3) The defendants' deadline to seek permission to join additional parties or amend the pleadings is **April 24, 2026**;

(4) The need for expert discovery will be determined at a later date;

(5) The deadline to complete all discovery is **August 28, 2026**;

(6) The deadline to complete mediation or a judicial settlement conference is **August 28, 2026**;

(7) To the extent a discovery disputes arise among the parties (or third parties), the Court discourages the filing of formal motions to compel or motions for protective order. Such disputes should instead be brought to the Court's attention through the filing of a Motion for a Discovery Ruling that succinctly summarizes the issue without extensive argument or case law citation. The submission may be joint or separate, but the Court discourages extensive briefing. The Court will then promptly set the matter for a telephonic hearing to resolve the issue and/or request further briefing;

(8) All other requirements of discovery shall be governed by the Federal Rules of Civil Procedure and Local Rules of the Northern District of Indiana as applicable;

(9) The summary judgment deadline per Rule 56 shall not apply, and deadlines for dispositive motions and trial-related deadlines will be set at a later date; and

(10) This schedule may be modified by order of this Court for good cause shown pursuant to Rule 16(b)(4). Any motion to extend the deadline to complete discovery should be filed at least thirty (30) days prior to the close of discovery, absent extraordinary circumstances.

SO ORDERED this 5th day of March 2026.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT