**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

Trustees of the Sheet Metal Workers Local No. 20 Gary Area
Pension Plan

                                                Plaintiff,

v.                                                              Civil Action No.:
                                                                2:24–cv–00421–GSL–AZ

                                                                Judge Gretchen S Lund

NWI Heating and Air Solutions LLC, et al.

                                                Defendant.

_____

**CONSENT OR DECLINATION**
**TO MAGISTRATE JUDGE JURISDICTION**

    I have read the Notice regarding the availability of a United States Magistrate Judge to exercise jurisdiction and [**select one of the following two options**]:

    _**X**_    In accordance with 28 U.S.C. § 636(c), the party or parties listed below voluntarily consent(s) to the United States Magistrate Judge conducting all proceedings in this case, including entry of a final judgment and all post–judgment matters. Should this case be reassigned from one Magistrate Judge to another after a case is fully consented, then the undersigned may object within thirty (30) days of such reassignment.

**OR**

    _____    The party or parties listed below acknowledge(s) the availability of a United States Magistrate Judge but decline(s) to consent.


Parties:  __Plaintiffs, Trustees of the Sheet Metal Workers Local No. 20 Gary Area Pension Plan_____


_____


Dated:  ___4/2/2026_____    Signature of Party or Attorney:  __/s/ Matt Pierce_____


**NOTE: This Consent or Declination to Magistrate Judge jurisdiction form <u>must</u> be returned to the Clerk of Court within twenty–one (21) days of receipt.** If the Consent Form is not returned within the twenty–one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

Trustees of the Sheet Metal Workers Local No. 20 Gary Area
Pension Plan

|  |  |
|---|---|
| | Plaintiff, |

v.

Civil Action No.:
2:24−cv−00421−GSL−AZ

Judge Gretchen S Lund

NWI Heating and Air Solutions LLC, et al.

Defendant.

_____

**CONSENT OR DECLINATION**
**TO MAGISTRATE JUDGE JURISDICTION**

I have read the Notice regarding the availability of a United States Magistrate Judge to exercise jurisdiction and **[select one of the following two options]**:

__☒__    In accordance with 28 U.S.C. § 636(c), the party or parties listed below voluntarily consent(s) to the United States Magistrate Judge conducting all proceedings in this case, including entry of a final judgment and all post−judgment matters. Should this case be reassigned from one Magistrate Judge to another after a case is fully consented, then the undersigned may object within thirty (30) days of such reassignment.

**OR**

____    The party or parties listed below acknowledge(s) the availability of a United States Magistrate Judge but decline(s) to consent.

Parties:  _____ NWI Heating and Air Solutions, LLC and NWI Heating and Air, LLC _____

_____

Dated:  ___April 10, 2026___    Signature of Party or Attorney: _____/s/ Todd A. Miller_____

**NOTE: This Consent or Declination to Magistrate Judge jurisdiction form <u>must</u> be returned to the Clerk of Court within twenty−one (21) days of receipt.** If the Consent Form is not returned within the twenty−one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.