

Pierce, Matt <mjp@ulaw.com>

---

## Re: SMW Local 20 Pension Plan v. NWI Heating and Air Sols., et al (2:24-cv-421)

1 message

---

**Pierce, Matt** <mjp@ulaw.com>                                                            Fri, Dec 19, 2025 at 1:02 PM
To: tam@alloccomiller.com, NorrislawIndiana@gmail.com
Cc: "Behn, Alex" <ajb@ulaw.com>

Counsel,

We have not received any records or any response whatsoever to the below emails, despite Mr. Miller's representations to the court that both of your clients would be voluntarily producing all requested audit records. Please let us know when those documents will be produced. Again, if we are required to spend the time and money on formal discovery, we will be seeking entry of a judgment including all of the Fund's attorneys fees incurred in this matter.

Thank you,

Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, IL  60606
312.263.1500 (office)
312.601.9473 (direct)
312.263.1520 (fax)
www.ulaw.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) identified in this message.  This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments if you are not the intended recipient, and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege.

On Thu, Nov 6, 2025 at 11:32 AM Pierce, Matt <mjp@ulaw.com> wrote:

> Counsel,
>
> I'm writing to follow up on the below email that Alex sent on October 3rd. Back in September, Mr. Miller represented in court that both NWI entities would be voluntarily turning over all of the requested records for this payroll audit. Please advise when we can expect to receive those records. We can ask the auditors to set up a secure portal for the records to be uploaded directly into if that would be helpful.
>
> Please note that if these records are not turned over voluntarily in the near future, we will be required to draft and serve formal discovery requests for the records. If that becomes necessary we will be seeking an award of all of the attorneys fees that will be incurred in discovery and potentially through entry of judgment if needed.
>
> Thank you,
>
> Matt Pierce
> Asher, Gittler & D'Alba, Ltd.
> 200 West Jackson Boulevard, Suite 720
> Chicago, IL  60606
> 312.263.1500 (office)
> 312.601.9473 (direct)
> 312.263.1520 (fax)
> www.ulaw.com
>
> The contents of this e-mail message and any attachments are intended solely for the addressee(s) identified in this

message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments if you are not the intended recipient, and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege.

---------- Forwarded message ---------
From: **Behn, Alex** <ajb@ulaw.com>
Date: Fri, Oct 3, 2025 at 12:07 PM
Subject: SMW Local 20 Pension Plan v. NWI Heating and Air Sols., et al (2:24-cv-421)
To: Todd A. Miller <tam@alloccomiller.com>


Todd,

I'm writing to touch base concerning Case No. 2:24-CV-421, the audit compliance case between the Sheet Metal Workers Local 1 Pension Plan, NWI Heating and Air, LLC, and NWI Heating and Air Sols., LLC.

At the hearing last month on Defendants' Request for Relief of Judgment, you had mentioned that both companies intended to comply with the audit demand and voluntarily produce all relevant records.

As of now, we haven't received any records from either company -- can you please confirm whether your clients are prepared to start producing them?

Thank you,
Alex


--
**Alex J. Behn**
*Associate Attorney*
--
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Boulevard
Suite 720
Chicago, IL 60606
ajb@ulaw.com
(312) 263-1500 (Office)
(312) 601-9454 (Direct)