3/2/26, 12:45 PM
Asher, Gittler & D'Alba, Ltd. Mail - Re: SMW Local 20 Funds v. NWI Heating, et al.

USDC IN/ND case 2:24-cv-00421-AZ    document 28-4    filed 05/18/26    page 1 of 3

 Gmail

Pierce, Matt <mjp@ulaw.com>

## Re: SMW Local 20 Funds v. NWI Heating, et al.

1 message

**Todd A. Miller** <tam@alloccomiller.com>                                    Mon, Mar 2, 2026 at 12:40 PM
To: Matt Pierce <mjp@ulaw.com>
Cc: Kathleen Cahill <kmc@alloccomiller.com>, Alex Behn <ajb@ulaw.com>

Payroll audit first and then the balance of it to follow.


Sent from my iPhone


On Mar 2, 2026, at 12:37 PM, Pierce, Matt <mjp@ulaw.com> wrote:


Thanks for the update, Todd. Since this matter is in active litigation/discovery, I would prefer any materials be sent to me, and we can pass those along to the auditors.

Do you expect to be able to produce answers and documents for the other discovery requests (mostly relating to the joint liability issue), or at this point are you just expecting to receive the payroll audit records?

Thanks,
Matt

Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, IL  60606
312.263.1500 (office)
312.601.9473 (direct)
312.263.1520 (fax)
www.ulaw.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) identified in this message.  This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments if you are not the intended recipient, and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege.


On Mon, Mar 2, 2026 at 12:01 PM Todd A. Miller <tam@alloccomiller.com> wrote:
Hi Matt, I just spoke with Mr. Lopez and he is having some personal problems, i.e. divorce, and his wife was the one in charge of the books. He promised me that he would get all of the audit records himself for both companies by the end of this week. His wife was the one who was originally in charge of all of the bookkeeping, but he thinks he can get it all done and to me by Friday. Do you want us to upload this info to a portal or do you want us to just email everything over to you or the auditor? Please let me know. Thanks, Todd.


Sent from my iPhone

On Mar 2, 2026, at 4:46 AM, Pierez, Matt <mp@enw28r4> wrote:

Todd,

We have not received any of the audit materials, nor have we received any responses or objections to the RFPs and interrogatories that were due two weeks ago. Please let us know whether we can expect to receive those discovery responses by the end of this week. If not, we anticipate filing a motion to compel the Defendants' responses and responsive materials. I don't know that there's anything to confer about since we don't even have objections to the requests, but please let us know if you think there is anything of substance we need to discuss relating to those outstanding requests.

Thanks,
Matt

Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, IL  60606
312.263.1500 (office)
312.601.9473 (direct)
312.263.1520 (fax)
www.ulaw.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) identified in this message.  This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments if you are not the intended recipient, and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege.

On Mon, Feb 16, 2026 at 4:26 PM Todd A. Miller <tam@alloccomiller.com> wrote:

> Good afternoon Matt,
>
> Attached are defendants' responses to plaintiffs' requests for admission.  My clients have requested the audit records from their accountant and expect them soon.  I will give you more information about timing later this week.
>
> Thanks,
>
> Todd
>
> **Todd A. Miller**
>
> Allocco, Miller & Cahill, P.C.
>
> 20 N. Wacker Drive, Suite 3517*

3/2/26, 12:45 PM                    Asher, Gittler & D'Alba, Ltd. Mail - Re: SMW Local 20 Funds v. NWI Heating, et al.

USDC IND/ND case 1:26-cv-00421-AZ     document 28-4     filed 05/18/26     page 3 of 3

Chicago, IL 60606

312-675-4325

Fax: 312-675-4326

Email: tam@alloccomiller.com

Website: alloccomiller.com

**\*Please note our new address above effective February 10, 2015**

CONFIDENTIALITY NOTICE DISCLOSURE

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message.  This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.