USDC IN/ND case 2:24-cv-00421-AZ    document 28-5    filed 05/18/26    page 1 of 3

 **Gmail**

Pierce, Matt <mjp@ulaw.com>

## Re: NWI Bank

1 message

**Pierce, Matt** <mjp@ulaw.com>                                    Fri, May 1, 2026 at 11:18 AM
To: "Todd A. Miller" <tam@alloccomiller.com>
Cc: "Behn, Alex" <ajb@ulaw.com>

Dear Todd,

I'm following up on my April 6th email regarding NWI's payroll audit. We have not seen any additional materials produced since the first batch of records. I am resending the list provided by the auditors of the documents/records that are still needed, along with the Quickbooks instructions on how to pull certain reports that were requested.

We have also not received any response to the bulk of our written discovery requests (all RFPs and interrogatories). Please consider this our attempt to confer under LR 37-1. I don't know that there's anything we need to talk through since we haven't received any response whatsoever, but let us know if you think we need to schedule a call to discuss. If we don't receive the responses and remaining records in the near future we will be required to file a motion to compel with the court.

Lastly, in my most recent email I suggested a potential framework for settlement. Please let us know whether there is any interest in exploring that, or if it's going to be necessary to litigate this case through to judgment.

Thanks,
Matt

Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, IL 60606
312.263.1500 (office)
312.601.9473 (direct)
312.263.1520 (fax)
www.ulaw.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) identified in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments if you are not the intended recipient, and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege.

On Mon, Apr 6, 2026 at 11:31 AM Pierce, Matt <mjp@ulaw.com> wrote:

Todd,

We shared all of the records that you provided from NWI with the auditors at Legacy. The auditors reviewed what was uploaded and sent us the attached spreadsheet identifying the records/data that have been received versus the records that are still needed. They also provided instructions on how to generate some of the specific reports they are asking for through Quickbooks (also attached).

Separate from those audit records, we have not yet received any written answers to our interrogatories or requests for production or any other responsive documents, which were due nearly two months ago. Please advise whether those are forthcoming.

Lastly, as you know, there is a dispute in this case as to whether NWI Heating and Air is a successor/alter ego of NWI Heating and Air Solutions. ███████████████████████████████████

USDC IN/ND case 2:24-cv-00421-AZ    document 28-5    filed 05/18/26    page 2 of 3

Please let us know if your client is interested in exploring settlement along those lines.

Thanks,
Matt

Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, IL 60606
312.263.1500 (office)
312.601.9473 (direct)
312.263.1520 (fax)
www.ulaw.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) identified in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments if you are not the intended recipient, and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege.

On Thu, Mar 5, 2026 at 7:22 PM Todd A. Miller <tam@alloccomiller.com> wrote:

> Attached are NWI bank statements 4 of 4. Please forward to the auditor.
>
>
> Thanks,
>
>
> Todd
>
>
>
> **Todd A. Miller**
>
> Allocco, Miller & Cahill, P.C.
>
> 20 N. Wacker Drive, Suite 3517*
>
> Chicago, IL 60606
>
> 312-675-4325
>
> Fax: 312-675-4326
>
> Email: tam@alloccomiller.com
>
> Website: alloccomiller.com
>
>
> **\*Please note our new address above effective February 10, 2015**

CONFIDENTIALITY NOTICE DISCLOSURE

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message.  This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** John Lopez <john@nwiairsolutions.com>
**Sent:** Thursday, March 5, 2026 2:00 PM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Subject:** Bank

blob:https://outlook.office365.com/2d0e2815-28aa-4829-aa3b-10d514dda535

---

**3 attachments**

 **SMW20 Gary Pension Fund NWI Heating and Air Solutions 1.1.2021 - Current  Data List.xlsx**
14K

 **Employee Hours by Job Report QuickBooks.pdf**
139K

 **QuickBooks - Register Export.docx**
15K