**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:24-cv-00421-AZ |
| v. | ) ) | Hon. Abizer Zanzi |
| NWI HEATING AND AIR SOLUTIONS LLC, and NWI HEATING AND AIR LLC, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT ON DISCOVERY**

NOW COME Plaintiffs, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN ("Plaintiffs"), and Defendants, NWI HEATING AND AIR SOLUTIONS LLC and NWI HEATING AND AIR LLC ("Defendants"), by and through their respective undersigned attorneys, and submit, pursuant to the Court's May 20, 2026 order (Dkt. 29), their joint status report on discovery and Plaintiffs' pending motion for discovery ruling, as follows:

1.      Plaintiffs filed their motion for discovery ruling on May 18, 2026, seeking to compel Defendants to produce written responses to all of Plaintiffs' first set of interrogatories and first set of requests for production, along with responsive documents. (Dkt. 28).

2.      On May 22, 2026, Defendants' counsel contacted Plaintiffs' counsel by email, stating that Defendants' representative was working to compile the remaining requested payroll audit records and would be submitting them soon. Defendants' counsel requested a link to upload those documents directly to the payroll auditors.

1

3.      Plaintiffs' counsel responded the same day and requested the names and emails of any individuals seeking to upload documents, per the auditors' request, so that the auditors could send them an invitation to access their document portal. Plaintiffs' counsel followed up on this request by email on May 28, 2026.

4.      On June 3, 2026, Defendants' counsel provided a list of names and emails of individuals who may upload records to the auditors. Plaintiffs' counsel provided that information to the auditors that same day.

5.      As of the date of this filing, some additional records have been produced by Defendants' accountant, and Defendant's counsel advised that he and Defendants are currently preparing written responses to Plaintiffs' discovery requests which should be completed within the next 14 days.

Date: June 9, 2026.

/s/ *Matt Pierce*
Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 720
Chicago, IL 60606
(312) 263-1500 (phone)
(312) 263-1520 (fax)
mjp@ulaw.com

*Counsel for Plaintiffs*

/s/ *Todd A. Miller*
Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
312-675-4325
Fax: 312-675-4326
Email: tam@alloccomiller.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 9, 2026, a copy of the foregoing Joint Status Report was filed and served on all parties of record via the Court's CM/ECF system.

By: */s/ Matt Pierce*