**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:24-cv-00421-AZ |
| v. | ) ) | Hon. Abizer Zanzi |
| NWI HEATING AND AIR SOLUTIONS LLC, and NWI HEATING AND AIR LLC, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT ON DISCOVERY DISPUTE**

NOW COME Plaintiffs, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN ("Plaintiffs"), and Defendants, NWI HEATING AND AIR SOLUTIONS LLC and NWI HEATING AND AIR LLC ("Defendants"), by and through their respective undersigned attorneys, and submit, pursuant to the Court's June 18, 2026 order (Dkt. 33), their joint status report on discovery and Plaintiffs' pending motion for discovery ruling, as follows:

1. On June 16, 2026, the Court held a status hearing on Plaintiffs' pending motion for ruling on a discovery dispute. (Dkt. 32).

2. On June 18, 2026, the Court entered an order granting Plaintiffs' motion with respect to the first category of outstanding discovery responses (relating to payroll audit records) and ordered Defendants to produce those records by June 30, 2026. (Dkt. 33, pp. 9, 10). With respect to the second category of outstanding discovery responses (relating to successor/alter ego issues), the Court reserved judgment, and ordered Defendants to file their response to Plaintiffs' motion by June 30, 2026, and Plaintiffs to file their reply by July 14, 2026. (Dkt. 33, pp. 9, 10).

3.      On July 6, 2026, counsel for the parties conferred regarding potential resolution of this case. The parties have discussed a framework that would allow for the payroll audit to be completed and the issue of alter ego/successorship to be resolved without the need for substantial discovery or any further motion practice. The parties believe they will be able to reach full agreement on the terms of this resolution in the near future.

4.      Accordingly, the parties jointly request that the Court continue to take Plaintiffs' discovery motion under advisement and continue this matter, to allow the parties to attempt to finalize the terms of settlement. The parties propose filing a joint status report on settlement, or alternatively a stipulation of dismissal, within 30 days.

Date: July 6, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/ *Matt Pierce* | /s/ *Todd A. Miller* |
| Matt Pierce | Todd A. Miller |
| Asher, Gittler & D'Alba, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 W. Jackson Blvd., Suite 720 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 263-1500 (phone) | 312-675-4325 |
| (312) 263-1520 (fax) | Fax: 312-675-4326 |
| mjp@ulaw.com | Email: tam@alloccomiller.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on July 6, 2026, a copy of the foregoing Joint Status Report was filed and served on all parties of record via the Court's CM/ECF system.


By: */s/ Matt Pierce*