**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:24-cv-00421-AZ |
| v. | ) ) | Hon. Abizer Zanzi |
| NWI HEATING AND AIR SOLUTIONS LLC, and NWI HEATING AND AIR LLC, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

NOW COME Plaintiffs, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN ("Plaintiffs"), and Defendants, NWI HEATING AND AIR SOLUTIONS LLC and NWI HEATING AND AIR LLC ("Defendants"), by and through their undersigned attorneys, and jointly move this Honorable Court for entry of a Consent Judgment pursuant to Fed. R. Civ. P. 58, as follows:

1.      In this action, Plaintiffs bring claims against Defendants under the provisions of Sections 502(g)(2), 502 (a)(3), and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(g)(2), 1132(a)(3), and 1145, seeking to compel compliance with a requested payroll audit of Defendants pursuant to applicable collective bargaining agreements and plan documents. (Dkt. 1).

2.      Plaintiffs allege that the two Defendants in this case are alter egos and a single employer or, in the alternative, joint employers, and therefore that Defendant NWI Heating and Air, LLC, is a successor to Defendant NWI Heating and Air Solutions, LLC, and is bound by

1

the same obligations to contribute to the Plaintiff Funds and submit to audits by the Fund. (Dkt. 1, ¶¶ 12-28).

3.     In order to avoid the time and expense of further litigation in this matter, Plaintiffs and Defendants stipulate and agree to the entry of a Consent Judgment on the terms set forth below.

4.     Specifically, Plaintiffs and Defendants stipulate and agree that Defendant NWI Heating and Air, LLC, is a successor to Defendant NWI Heating and Air Solutions, LLC, and is bound by the same obligations to contribute to the Plaintiff Pension Fund and submit to audits by the Plaintiff Pension Fund, including the payroll audit at issue in this litigation. The parties stipulate to this finding being included in a final judgment order issued by the Court.

5.     Plaintiffs and Defendants further stipulate to the entry of a final judgment order requiring the production of all remaining requested payroll records within 30 days of entry of that order, as well as an award of attorneys' fees and expenses incurred by Plaintiffs in bringing this action.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court grant this Joint Motion and enter a Consent Judgment and Order as follows:

A.     That the Court find that Defendant NWI Heating and Air, LLC, is a successor to Defendant NWI Heating and Air Solutions, LLC, and is bound by the same obligations to contribute to the Plaintiff Funds and submit to audits by the Sheet Metal Workers Local No. 20 Gary Area Pension Plan;

B.     That the Court enter judgment against Defendants and in favor of Plaintiffs ordering Defendants to comply with Plaintiffs' payroll audit by producing all remaining requested payroll records within thirty (30) days of the entry of the judgment order;

C.    That the Court award attorney's fees and costs totaling TWENTY-THOUSAND, ONE-HUNDRED TWENTY-SIX DOLLARS AND EIGHTY-SEVEN CENTS ($20,674.37) to Plaintiffs.

Dated: August 5, 2026.

Respectfully submitted,

/s/ Matt Pierce

Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 720
Chicago, IL 60606
(312) 263-1500 (phone)
(312) 263-1520 (fax)
mjp@ulaw.com

*Counsel for Plaintiffs*

/s/ Todd A. Miller

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
312-675-4325
Fax: 312-675-4326
Email: tam@alloccomiller.com

*Counsel for Defendants*