**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 2:24-cv-00421-AZ |
| | ) | |
| v. | ) | Hon. Abizer Zanzi |
| | ) | |
| NWI HEATING AND AIR SOLUTIONS LLC, and NWI HEATING AND AIR LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] CONSENT JUDGMENT**

This cause coming to be heard upon the Parties' Corrected Joint Motion for Entry of Consent Judgment, filed August 7, 2026, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1.      That the Parties' Motion for Entry of Consent Judgment in favor of Plaintiffs, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN, and against Defendants, NWI HEATING AND AIR SOLUTIONS LLC and NWI HEATING AND AIR LLC, is hereby granted, and judgment is hereby entered on the terms set forth herein.

2.      That the Court finds, pursuant to the stipulation and agreement of the Parties, that Defendant NWI Heating and Air, LLC, is a successor to Defendant NWI Heating and Air Solutions, LLC, and is bound by the same obligations to contribute to the Plaintiff Funds and submit to audits by the Sheet Metal Workers Local No. 20 Gary Area Pension Plan.

1

3.      That judgment is hereby entered against Defendants in favor of Plaintiffs, and Defendants are ordered to comply with Plaintiffs' payroll audit by producing all remaining requested payroll records within thirty (30) days of the entry of this Judgment Order;

4.      That attorney's fees and costs totaling TWENTY-THOUSAND, SIX-HUNDRED SEVENTY-FOUR DOLLARS AND THIRTY-SEVEN CENTS ($20,674.37) are awarded to Plaintiffs.

5.      The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

SO ORDERED this ____ day of _____, 2026.

_____
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT