**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN, Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | Case No. 2:24-CV-421-AZ |
| NWI HEATING AND AIR SOLUTIONS LLC, and NWI HEATING AND AIR LLC, Defendants. | ) ) ) ) ) | |

**<u>CONSENT JUDGMENT</u>**

This matter is before the Court on the Parties' Corrected Joint Motion for Entry of Consent Judgment [DE 38], filed August 7, 2026. The parties represent that they have stipulated and agreed to the terms of the consent judgment, and request that the Court enter it.

The parties filed forms of consent to have this case assigned to a United States Magistrate Judge to conduct all further proceedings and to order the entry of a final judgment in this case. DE 27. Therefore, this Court has jurisdiction to decide this case pursuant to 28 U.S.C. § 636(c).

Accordingly, on review of the instant Motion and noting the agreement of the Parties, the Court hereby **ORDERS**:

1.      That the Parties' Corrected Joint Motion for Entry of Consent Judgment [DE 38] is hereby **GRANTED**, and **JUDGMENT IS ENTERED** in favor of Plaintiffs, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY

AREA PENSION PLAN, and against Defendants, NWI HEATING AND AIR SOLUTIONS LLC and NWI HEATING AND AIR LLC, on the terms set forth herein.

2.    That the Court finds, pursuant to the stipulation and agreement of the Parties, that Defendant NWI Heating and Air, LLC, is a successor to Defendant NWI Heating and Air Solutions, LLC, and is bound by the same obligations to contribute to the Plaintiff Funds and submit to audits by the Sheet Metal Workers Local No. 20 Gary Area Pension Plan.

3.    That Defendants are ordered to comply with Plaintiffs' payroll audit by producing all remaining requested payroll records within thirty (30) days of the entry of this Judgment Order.

4.    That attorney's fees and costs totaling TWENTY-THOUSAND, SIX-HUNDRED SEVENTY-FOUR DOLLARS AND THIRTY-SEVEN CENTS ($20,674.37) are awarded to Plaintiffs.

5.    The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

So ORDERED this 12th day of August, 2026.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT

2