AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

TRUSTEES OF THE SHEET METAL WORKERS
LOCAL NO 20 GARY AREA PENSION PLAN
        Plaintiff
        v.                **Civil Action No.**    2:24cv421

NWI HEATING AND AIR SOLUTIONS LLC
and NWI HEATING AND AIR LLC
        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____

recover from the defendant *(name)* _____
_____ the amount of _____ dollars
($_____), which includes prejudgment interest at the rate of _____% plus post-
judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff
*(name)* _____.

**X** other: **JUDGMENT IS ENTERED** in favor of Plaintiffs, TRUSTEES OF THE
SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN, and
against Defendants, NWI HEATING AND AIR SOLUTIONS LLC and NWI
HEATING AND AIR LLC.  Plaintiffs TRUSTEES OF THE SHEET METAL
WORKERS LOCAL NO. 20 GARY AREA PENSION PLAN are awarded attorney's fees
and costs in the amount of  TWENTY-THOUSAND, SIX HUNDRED SEVENTY-FOUR
DOLLARS AND THIRTY-SEVEN CENTS ($20,674.37).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury
has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge <u>Abizer Zanzi</u> on a <u>Motion for Entry of  Consent Judgment</u>

DATE: <u>August 14, 2026</u>                   *Chanda J. Berta,  Clerk of Court*

                    <u>    S/Monica Clawson                           </u>
                    *Signature of Clerk or Deputy Clerk*